EXHIBIT B

**CT Corporation**

**Service of Process Transmittal**
12/31/2018
CT Log Number 534651195

| | |
|---|---|
| **TO:** | Brendan Lee<br>Iqor, Inc.<br>7525 W Campus Rd<br>New Albany, OH 43054-1121 |
| **RE:** | **Process Served in New York** |
| **FOR:** | ALLIED INTERSTATE LLC  (Domestic State: MN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CHRISTINE GOLOD, ON BEHALF OF HERSELF AND ALL OTHERS SIMIILIARLY SITUATED, Pltf. vs. ALLIED INTERSTATE, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Notice, Information, Summons, Attachment(s) |
| **COURT/AGENCY:** | Suffolk County: Supreme Court, NY<br>Case # 6160812018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 12/31/2018 postmarked: "Illegible" |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Mitchell L. Pashkin<br>775 Park Avenue, Ste., 255<br>Huntington, NY 11743<br>(631) 335-1107 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/31/2018, Expected Purge Date: 01/05/2019<br><br>Image SOP<br><br>Email Notification,  Kristina Marie Cuenco  KristinaMarie.Cuenco@iqor.com<br><br>Email Notification,  Naida Vera  Naida.Vera@iqor.com<br><br>Email Notification,  Brendan Lee  Brendan.Lee@iqor.com |
| **SIGNED:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>111 8th Ave Fl 13<br>New York, NY 10011-5213<br>212-590-9070 |

Page 1 of  1 / MP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

DOS 470 (Rev. 10/09)

**DEPARTMENT OF STATE**
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001

Return Services Requested

EXHIBIT B



USPS CERTIFIED MAIL

9214 8969 0059 7939 0080 53

201812210260
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK NY, 10011

State of New York - Department of State
Division of Corporations

Party Served:
ALLIED INTERSTATE LLC

Plaintiff/Petitioner:
GOLOD, CHRISTINE

C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

Dear Sir/Madam:
Enclosed herewith is a legal document which was served upon the Secretary of State on 12/13/2018 pursuant to SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW. This copy is being transmitted pursuant to such statute to the address provided for such purpose.

Very truly yours,
Division of Corporations

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
--------------------------------------x
CHRISTINE GOLOD ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED

                         Plaintiff/Petitioner,

  -against-                           Index No. 516081/2018

ALLIED INTERSTATE, LLC

                    Defendant/Respondent.
--------------------------------------x

## NOTICE OF ELECTRONIC FILING

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
- You are a Defendant/Respondent (a party) in this case.
                      (CPLR § 2111, Uniform Rule § 202.5-bb)

**If you are represented by an attorney**: give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

You can:

- serve and file your documents electronically
- view your case file on-line
- limit your number of trips to the courthouse
- pay any court fees on-line.

There are no additional fees to e-file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site https://iapps.courts.state.ny.us/nyscef/HomePage; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 08/15/201___

MITCHELL L PASHKIN
Name

_____
Firm Name

775 Park Avenue, Ste. 255
Address

Huntington, NY  11743

631-335-1107
Phone

mpash@verizon.net
E-Mail

To: _____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

CHRISTINE GOLOD,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

    -against-    Plaintiff,

ALLIED INTERSTATE, LLC,

    Defendant.

INDEX NO. 616081/2018
FILING DATE: 08/15/18

**SUMMONS**
**WITH NOTICE**

Plaintiff designates
Suffolk County
as the place of trial

The basis of the venue is
Plaintiff's residence

---

To the above named Defendant(s):

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 15th day of August 2017, together with the costs of this action and attorney's fees.

TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 15th day of August 2017, together with the costs of this action and attorney's fees.

Dated:    August 15, 2018

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

# Allied Interstate LLC

866-875-9673

August 15, 2017

Christine Golod
███████████
Miller Place, NY 11764-3215

Re: Walmart® Mastercard®
Creditor: Synchrony Bank   Account No. ************3820
Total Account Balance: $4,934.47
Amount Now Due: $674.00
Reference No.: ███████3483

Christine Golod:

We are a debt collection company and Synchrony Bank has contracted with us to collect the debt noted above. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, the Total Account Balance is $4,934.47 and the Amount Now Due is $674.00. Because the creditor continues to assess interest and late fees on the debt, the amount due on the day you pay may be greater. Hence, if you pay the Total Account Balance shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you of any remaining balance. To make a payment, please telephone us at 866-875-9673 or mail your payment using the coupon on the reverse side of this letter. You may also pay your balance online. Please visit www.walmart.com/credit, a safe and secure website. By sending us a check or giving us your checking account information for payment, you authorize us to collect funds electronically, in which case your check may not be returned to you. We may also arrange for a direct debit from your checking account.

Unless you notify us within 30 days after receiving this letter that you dispute the validity of this debt or any portion thereof, we will assume that this debt is valid. If you notify us in writing within 30 days after receiving this letter that you dispute the validity of this debt, or any portion thereof, we will obtain and mail to you verification of the debt or a copy of a judgment. If you request of us in writing within 30 days after receiving this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

We look forward to receiving your payment.
Sincerely,
Allied Interstate LLC
Jeffrey Swedberg

Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

   (i) the use or threat of violence;
   (ii) the use of obscene or profane language; and,
   (iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

Index No. 616081/2018

---

CHRISTINE GOLOD,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                            Plaintiff(s),

-vs-

ALLIED INTERSTATE, LLC,

                            Defendant(s).

---

**SUMMONS WITH NOTICE**

---

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).


/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

FILED: SUFFOLK COUNTY CLERK 12/17/2018 05:06 PM
NYSCEF DOC. NO. 3
Case 2:19-cv-00171-RRM-JO   Document 1-2   Filed 01/09/19   Page 10 of 10 PageID #: 14
INDEX NO. 616081/2018
RECEIVED NYSCEF: 12/17/2018
EXHIBIT B

Attorney(s): Law Office of Mitchell L. Pashkin
Index #: **616081/2018**
Purchased/Filed: August 15, 2018
State of New York
Court: Supreme
County: Suffolk

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Christine Golod, on behalf of herself and all others similarly situated

against

Allied Interstate, LLC

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 yrs

Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White

Hair color: Brown   Other:

_____Robert Guyette_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on _____December 13, 2018_____, at _____12:02 PM_____, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: Summons with Notice and Notice of Electronic Filing

on

**Allied Interstate, LLC**

the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____$40_____ dollars; That said service was made pursuant to Section _____LIMITED LIABILITY COMPANY LAW §303._____

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

13th day of   December 2018

Robert Guyette
**Invoice·Work Order #** 1838149
Attorney File # **Golod**